7214

SMALL v. USHER.

Costs.—Circuit decree modified by requiring Supreme Court costs to be charged to share of one party to partition proceeding, and by allowing administratrix an amount sufficient to pay costs of final discharge and return.

Before WATTS, J., Lancaster, April, 1908. Modified.

Action by Emma A. Small, administratrix of S. E. Usher, against J. H. Usher et al. From Circuit decree as to taxation of costs and disbursement of funds in hands of sheriff and administratrix, plaintiff appeals. With reference to appeal costs, the trial Judge says: "The decision further

provides for the payment of the McManus judgment, which the Circuit decree had failed to do, and thereby modifies the Circuit decree in favor of the defendants. It says, in effect, that if it had not made this provision the fund in the hands of the administratrix would forever remain there, undisturbed; therefore, if J. H. and E. J. Usher get anything, and plaintiffs admit that they are entitled to something, they again modified the Circuit decree in their favor by being permitted to get their interests. Therefore, the taxation of costs must be affirmed, and it is so ordered."

*Messrs. B. B. Allison* and *R. E. Wylie,* for appellant.

*Messrs. John T. Green* and *Harry Hines,* contra.

June 11, 1909. The opinion of the Court was delivered by

Mr. Justice Gary. Upon consideration of the exceptions herein, we are of the opinion that the judgment of the Circuit Court should be modified, so as to charge the share of Mrs. Eliza J. Usher with $92.20 and interest from July 8, 1904, being the amount of Supreme Court costs and disbursements in *Ex parte Small,* 69 S. C., 43, 48 S. E., 40; and should be further modified so as to allow the administratrix, Emma A. Small, to retain in her hands a sum sufficient to pay the costs and fees incident to her final return and discharge as administratrix; and that in all other respects the judgment of the Circuit Court should be affirmed for the reasons therein stated, and such is the judgment of this Court.